Vicente Omar Barraza, Attorney at Law  
Barraza Law, PLLC  
14245-F Ambaum Blvd SW  
Burien, WA 98166  
206-933-7861 Fax 206-933-7863

Honorable Timothy W. Dore  
Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT  
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>LISA KARIN PERSSON,<br><br>Debtor. | NO. 16-10257 TWD<br><br>ADVERSARY NO: |
| LISA KARIN PERSSON,<br><br>Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>Defendant. | DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO STRIP LIEN |

The undersigned declares under penalty of perjury under the laws of the State of Washington as follows:

1. I am the debtor herein.

1. I filed for Chapter 13 relief on January 21, 2016. I subsequently filed an adversary proceeding on March 16, 2016 to avoid the second deed of trust, recorded as King

DECLARATION IN SUPPORT OF COMPLAINT TO STRIP SECOND LIEN- 1

Barraza Law, PLLC  
14245-F Ambaum Blvd SW  
Burien, WA 98166  
206-933-7861 FAX 206-933-7863

Case 16-10257-TWD    Doc 19-1    Filed 03/16/16    Ent. 03/16/16 19:48:59    Pg. 1 of 2

County instrument number 20050510000336, securing the Note serviced, owned and/or held by Ditech Financial.

2. The King County Assessor assessed my home's value as $795,000.00. *See* **Docket 1, Exhibit A**.

3. Bank of America, NA's senior deed of trust has a principal balance of $826,721.00. Based on the King County's assessment, Ditech Financial's second mortgage lien is completely unsecured.

I, Lisa Karin Persson, declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this March 16, 2015

                     */signature on file/*
                     Lisa Karin Persson

DECLARATION IN SUPPORT OF COMPLAINT TO STRIP SECOND LIEN- 2

Barraza Law, PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
206-933-7861 FAX 206-933-7863

Case 16-10257-TWD    Doc 19-1    Filed 03/16/16    Ent. 03/16/16 19:48:59    Pg. 2 of 2