Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 04, 2016
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: April 27, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

LISA KARIN PERSSON,

                Debtor.

IN CHAPTER 13 PROCEEDING
NO. 16-10257

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's Motion to Dismiss Case IS SET FOR HEARING as follows:

    Judge: Timothy W. Dore
    Place: U.S. Bankruptcy Court
            700 Stewart St #8106
            Seattle,WA 98101

    Date: May 04, 2016
    Time: 9:30 am

IF YOU OPPOSE the motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is April 27, 2016.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: March 30, 2016

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Trustee

NOTICE OF TRUSTEE'S MOTION TO DISMISS CASE AND HEARING

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: May 04, 2016
Hearing Time: 9:30 am
Hearing Location: U.S. Bankruptcy Court
700 Stewart St #8106
Seattle,WA 98101
Response Date: April 27, 2016

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

LISA KARIN PERSSON,

        Debtor.

IN CHAPTER 13 PROCEEDING
NO. 16-10257

TRUSTEE'S MOTION TO DISMISS CASE

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The debtor filed a plan on February 04, 2016 (ECF No. 12).

The debtor has failed to make plan payments and is delinquent $2,581.23.

The debtor's case was filed on January 21, 2016 (ECF No. 1). The above delinquency includes the March 2016 plan payment, which was due by March 21, 2016. Although a wage deduction has taken effect, the debtor is responsible for making direct payments to the Trustee to make up any shortfalls in the wage deduction. The debtor needs to make timely and complete monthly plan payments to the Trustee. Based on the debtor's Schedule I (ECF No. 10), the debtor receives contributions from her father of $2,000.00/month. The debtor needs to file a sworn declaration with the Court from the debtor's father regarding his monthly contribution. The Trustee reserves the right to assert additional bases for this motion. If the debtor fails to address the issues set forth in both the Trustee's Objection and Motion to Dismiss, the case should be dismissed.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: March 30, 2016

                                          /s/ K. Michael Fitzgerald
                                          K. Michael Fitzgerald, WSBA #8115
                                          Chapter 13 Trustee

CM160 ams

TRUSTEE'S MOTION TO DISMISS CASE - 1

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

Case 16-10257-TWD    Doc 24    Filed 03/30/16    Ent. 03/30/16 15:10:07    Pg. 2 of 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>LISA KARIN PERSSON,<br><br>                    Debtor. | IN CHAPTER 13 PROCEEDING<br>NO. 16-10257<br><br>*Proposed*<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA# 8115
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124

ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124