UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

    LISA KARIN PERSSON,

                Debtor.

No. 16-10257

DECLARATION CONCERNING FAMILY
SUPPORT FROM KATARINA GARNER

    I, Katarina Garner, declare under penalty of perjury that I provide support to my brother, Stefan Persson, and his wife, Lisa Karin Persson, averaging approximately $100.00 to $250.00 each month.

    I make this Declaration under the penalty of perjury under the laws of the State of Washington.

    SIGNED this 18th day of April, 2016 at Seattle, WA.

_____
Katarina Garner

STATEMENT RE: WAGE DEDUCTION FROM
KATARINA GARNER

Barraza Law, PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
206-933-7861 206-933-7863 FAX