B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**Western** District Of **Washington**

In re **Lisa Karin Persson**, Case No. **16-10257**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Real Time Resolutions, Inc as Agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-E
_____
Name of Transferee

Ditech Financial LLC
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc.
1349 Empire Central Dr., Suite 150
Dallas, TX 75247

Phone: (888)741-1124
Last Four Digits of Acct #: 2248

Court Claim # (if known): 5
Amount of Claim: $72,184.87
Date Claim Filed: 06/06/2016

Phone: (888)741-1124
Last Four Digits of Acct. #: 2248

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc.
PO BOX 35888
Dallas, TX 75235

Phone: (888)741-1124
Last Four Digits of Acct #: 2248

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Rose Velasquez     Date: 08/25/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Western District Of Washington

In re Lisa Karin Persson, Case No. 16-10257

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 8/23/16 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Ditech Financial LLC | Real Time Resolutions, Inc. |
| Address of Alleged Transferor: | Address of Transferee: |
| 7340 S. Kyrene Road<br>Recovery Dept. T-120<br>Tempe, AZ 85283 | 1349 Empire Central Dr., Suite 150<br>Dallas, TX 75247 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION OF WASHINGTON

In re:  )
LISA PERSSON )
 )
 )
 ) CHAPTER 13
 ) CASE NO. 16-10257
Debtors )

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Transfer of Claim upon the following by depositing same in the United States Mail, addressed as follows, with sufficient postage attached.

**Vicente Barraza**
**Attorney at Law**
**Barraza Law PLLC**
**14245F Ambaum Blvd SW**
**Burien, WA 98166-**

**K MICHAEL FITZGERALD**
**Standing Chapter 13 Trustee**
**600 UNIVERSITY ST #2200**
**SEATTLE, WA 98101**

Dated  08/25/2016

By: Rose Velasquez

Real Time Resolutions, Inc.
1349 Empire Central, Suite 150
Dallas, TX 75247