B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re  Lisa Karin Persson                      ,                     Case No.  16-10257

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| 2005 Residential Trust 3-2 | Real Time Resolutions, Inc as Agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-E |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
   Singer Law Group, 2 Park Plaza, Suite 870, Irvine, CA 92614

Court Claim # (if known): ____5____
Amount of Claim: ____$72,184.87____
Date Claim Filed: ____06/06/2016____

Phone: 888-522-6214
Last Four Digits of Acct #: ____6146____

Phone: ____888-741-1124____
Last Four Digits of Acct. #: ____2248____

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Services, Attn: Loan Servicing Debt.
P.O. Box 2737, Anaheim Hills, CA 92809-0112

Phone: 800-931-2424
Last Four Digits of Acct #: ____6146____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel I. Singer                              Date: 03/09/2018
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**FCI Lender Services, Inc.**

*Loan Servicing • Specialty Servicing • Default*

Phone: 800-931-2424   Fax: 714-282-5775

06/07/2017

## NOTICE OF SERVICING TRANSFER

LISA K PERSSON
2666 37TH AVE SW
SEATTLE, WA 98126

Loan #:
Property: 2666 37TH AVE SW
SEATTLE, WA 98126

Dear LISA K PERSSON:

The servicing of your Promissory Note was transferred, effective 06/01/2017. This means that as of this date, a new Servicer is collecting your Promissory Note payments from you. Nothing else about your Promissory Note has change.

FCI Lender Services is now collecting your payments. Real Time Resolutions, Inc stopped accepting payments received from you on 06/01/2017. FCI Lender Services, Inc. began accepting payments from you on 06/01/2017.

**Send all payments due on or after 06/01/2017 to FCI Lender Services Inc. at this address: PO BOX 27370, Anaheim, CA 92809-0112.**

If you have any questions for either your prior servicer, Real Time Resolutions, Inc, or your new Servicer FCI Lender Services, Inc. about your Promissory Note or this transfer, please contact them using the information below:

| Previous Servicer | Current Servicer: |
|---|---|
| Real Time Resolutions, Inc | FCI Lender Services, Inc. |
| Customer Service | Customer Care Department |
| PO Box 35888 | Post Office Box 27370 |
| DALLAS, TX, 75235 | Anaheim, California 92809-0112 |
| (877) 469-7325 (toll free or collect) | (800) 931-2424, x651 (toll free) |
| Hours of Operation: | Hours of Operation |
| Monday - Friday | Monday – Friday |
| 07:00 AM - 09:00 PM (Central Standard Time) | 08:00 AM – 05:00 PM (Pacific) |

Important Note about insurance: If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may not affect your insurance because we have not serviced mortgage life or disability premiums. However, if you wish to retain optional insurance, we would suggest that you contact your current optional product service provider or your Lender.

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer on or before its due date may not be treated by the new Servicer as late, and a late fee may not be imposed on you.

Sincerely,
Customer Care Department
FCI Lender Services

1 Page Total
WELCOME LETTER - 20170510

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

Chapter 13 No. 16-10257
Assigned to: Judge Timothy W. Dore

In re:
Lisa Karin Persson
aka Lisa Karin Mobrand
Debtor(s).

### CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid:

Lisa Karin Persson
2666 37th Ave SW
Seattle, WA 98126

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid:

Vicente O Barraza
Barraza Law PLLC
14245F Ambaum Blvd SW
Burien, WA 98166
omar@barrazalaw.com

John R Laris
Barraza Law PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
johnlaris@barrazalaw.com

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

K Michael Fitzgerald
600 University St #1300
Seattle, WA 98101

U.S. Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101

/s/ Daniel I. Singer
Daniel I. Singer
Singer Law Group
Office: (888) 522-6214
Fax: (949) 420-2177
2 Park Plaza, Suite 870
Irvine, CA 92614
daniel@singerlawgroup.com