Entered on Docket December 18, 2018

**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 16-10257-TWD |
|---|---|
| Lisa Karin Persson aka Lisa Karin Mobrand | Chapter 13 |
| Debtor. | EX PARTE ORDER CONFIRMING NO AUTOMATIC STAY OR CODEBTOR STAY |

This matter came before the Court on the Ex Parte Order Confirming No Automatic Stay or CoDebtor Stay filed by Deutsche Bank National Trust Company, as Trustee for Holders of the GSAA home Equity Trust 2005-8 by and through its servicing agent Bank of America, N.A. ("Creditor"). Based upon the record on file and the representations made to the court, IT IS HEREBY ORDERED:

1. This Order affects the real property located at **2666 37th Ave SW, Seattle, WA 98126** (the "Property").

2. Provision XII of the confirmed Chapter 13 plan, Doc #51, provides for termination of the automatic stay on November 30, 2016.

3. The automatic stay and codebtor Stay is terminated as to Movant. Movant may pursue all remedies under state law in connection with the Property and security interest, and

Order Confirming No Automatic Stay or CoDebtor Stay - 1
MH# WA-16-122913

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

may commence or continue any action necessary to obtain complete possession of the Property free and clear of claims of the bankruptcy estate.

4. The relief granted herein shall be binding and of full force and effect in any conversion of this case to any other chapter. A conversion to another chapter does not stay or enjoin the effect of this Order, or prevent Movant from foreclosing and selling the Property, and recovering its costs, unless otherwise ordered by this Court.

5. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

/ / / END OF ORDER / / /

Submitted by:

McCarthy & Holthus, LLP

/s/ Lance E. Olsen
Lance E. Olsen, Esq. WSBA #25130
Michael S. Scott, Esq. WSBA #28501
Kathy Shakibi, Esq. WSBA #49381
Attorneys for Creditor

Order Confirming No Automatic Stay or CoDebtor Stay - 2
MH# WA-16-122913

McCarthy & Holthus, LLP
108 1st Avenue South, Ste. 300
Seattle, WA 98104
(206) 596-4856

Case 16-10257-TWD    Doc 65    Filed 12/18/18    Ent. 12/18/18 07:08:17    Pg. 2 of 2