Barraza Law, PLLC
10728 16th Ave SW
Burien, WA 98146
206-933-7861 phone
206-933-7863 fax

The Honorable Timothy W. Dore
Chapter 13
Hearing Date: July 26, 2019
Time: 9:30 AM
Response Due: July 19, 2019
Location: U.S. Bankruptcy Court
700 Stewart Street # 8106
Seattle, WA 98101

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

    LISA KARIN PERSSON,

            Debtor.

Case No. 16-10257

Chapter: 13

MOTION FOR APPROVAL OF AMENDED CHAPTER 13 PLAN

COME NOW, the Debtor, by and through their attorney, John R. Laris, and move the court for an order approving their Amended Chapter 13 Plan, filed on June 27, 2019 (ECF No. 66).

1. On January 21, 2016, (the "Petition Date"), the debtor filed a voluntary petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended.

2. Debtor filed her initial Chapter 13 Plan on February 4, 2016.

3. Debtor filed an Amended Plan on April 20, 2016 under ECF no. 35 and then a second Amended Plan on August 19, 2016 under ECF no. 51.

4. The Debtor's Chapter 13 Plan was confirmed on September 30, 2016 under ECF No. 57.

5. Debtor submitted an amended plan on June 26, 2019 (ECF No. 66) because her residence is in foreclosure and she cannot stop the foreclosure and the majority of her plan payments are dedicated to paying the mortgage and arrears.

6. Debtor respectfully requests the Court approve her amended plan filed on June 27, 2019 (ECF No. 66) to change the plan payment period to thirty-six months so her discharge can be granted now.

Signed on June 27, 2019 at Burien, Washington and respectfully submitted.

        By: */s/ John R. Laris*
        John R. Laris, WSBA # 44406
        Attorney for the Debtor

MOTION FOR APPROVAL OF AMENDED
CHAPTER 13 PLAN - P A G E | 1

**Barraza Law, PLLC**
10728 16th Ave SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

Case 16-10257-TWD    Doc 67    Filed 06/27/19    Ent. 06/27/19 11:38:14    Pg. 1 of 1