Judge: Timothy W. Dore
Chapter: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

LISA KARIN PERSSON,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 16-10257-TWD

TRUSTEE'S OBJECTION TO DEBTOR'S *EX PARTE* MOTION TO HEAR DEBTOR'S MOTION TO AMEND PLAN

Jason Wilson-Aguilar, Chapter 13 Trustee in these proceedings, objects to the debtor's *ex parte* Motion to Hear Debtor's Motion to Amend Plan (ECF No. 68) and the debtor's received unsigned order (ECF No. 69). The debtor is requesting a hearing on her Motion to Modify Plan (Post-Confirmation) and is requesting that the Court hear this matter on a non-Chapter 13 calendar on July 26, 2019 at 9:30 a.m. The debtor's only explanation for requesting that this matter be heard on a non-Chapter 13 calendar that there is a foreclosure sale set for August 2, 2019 at 10:00 a.m. and the debtor wants the motion heard prior to that date. The Court has a Chapter 13 calendar prior to the August 2, 2019 date, so it is not clear why the debtor is requesting that the matter be heard on July 26, 2019. In addition, the debtor's reasoning for having the matter heard on a non-Chapter 13 calendar is insufficient. The Trustee objects to the debtor's request to have the Motion to Modify (Post-Confirmation) be heard on July 26, 2019 calendar, and requests denial of the debtor's *ex parte* Motion. However, if the Court grants the debtor's motion, the Trustee requests that the matter be heard on a Chapter 13 calendar.

Accordingly, the Trustee submits that the debtor's *ex parte* Motion to Hear Debtor's Motion to Amend (ECF No. 68) should be denied.

TRUSTEE'S OBJECTION TO DEBTOR'S *EX PARTE* MOTION- 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

1 | Dated this 28th day of June, 2019
2 |
3 |                                               */s/ Anna M. Park*, WSBA #42633 for

JASON WILSON-AGUILAR
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO DEBTOR'S *EX PARTE* MOTION- 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

Case 16-10257-TWD    Doc 71    Filed 06/28/19    Ent. 06/28/19 06:42:08    Pg. 2 of 2