Judge: Timothy W. Dore
Chapter: 13
Hearing Date: July 26, 2019
Hearing Time: 9:30 a.m.
Hearing Location:
      U.S. Bankruptcy Court
      700 Stewart St #8106
      Seattle, WA 98101
Response Date: July 24, 2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

LISA KARIN PERSSON,

          Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 16-10257-TWD

OBJECTION TO MOTION FOR
APPROVAL OF AMENDED CHAPTER
13 PLAN

Jason Wilson-Aguilar, Chapter 13 Trustee, objects to the debtor's Motion for Approval of Amended Chapter 13 Plan (ECF No. 80):

At the Trustee's request, the debtor corrected the proposed form of order (ECF No. 87). However, there is another problem. The Court ordered that the debtor could set a further Motion for Approval of Amended Chapter 13 Plan on shortened time for the Court's July 26, 2019 calendar at 9:30 am *provided* the debtor file, note and properly serve her motion by July 12, 2019. Based on the declaration of mailing, the debtor did not serve her proposed modified plan until July 16, 2019 (ECF No. 88). The debtor thus did not comply with the Court's order despite being given a special calendar setting and an opportunity to set the motion on shortened time.

WHEREFORE, the Chapter 13 Trustee requests that the Court deny the debtor's Motion for Approval of Amended Chapter 13 Plan.

Dated this 22nd day of July 2019

*/s/ Jason Wilson-Aguilar*, WSBA #33582
JASON WILSON-AGUILAR
Chapter 13 Trustee

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282