Judge: Timothy W. Dore
Chapter: 13
Hearing Date: August 21, 2019
Hearing Time: 9:30 a.m.
Hearing Location:
    U.S. Bankruptcy Court
    700 Stewart St #8106
    Seattle, WA 98101
Response Date: August 14, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

LISA KARIN PERSSON,

    Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 16-10257-TWD

RESPONSE TO MOTION FOR APPROVAL OF AMENDED CHAPTER 13 PLAN

Jason Wilson-Aguilar, Chapter 13 Trustee, responds to the debtor's Motion for Approval of Amended Chapter 13 Plan (ECF No. 91):

The Trustee does not object to the substance of the debtor's proposed modified plan filed July 24, 2019 (ECF No. 93), but the debtor's proposed form of order (ECF No. 91-4) provides for approval of the amended plan filed July 15, 2019 (ECF No. 81).

WHEREFORE, the Chapter 13 Trustee requests that, if the Court finds cause to grant the debtor's Motion for Approval of Amended Chapter 13 Plan, the order approving the amended plan should specify the correct docket number of the modified plan to be approved (ECF No. 93).

Dated this 13th day of August 2019

        */s/ Jason Wilson-Aguilar*, WSBA #33582
        JASON WILSON-AGUILAR
        Chapter 13 Trustee